**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

SARA A. WALSTON                ,

**Plaintiff,**

v.

DYCK-O'NEAL, INC.                ,

**Defendant.**

Civil Action 2 : 26 -cv- 0241
Judge  Algenon L. Marbley
**Magistrate Judge**  Chelsey M. Vascura

### RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on 4/14/2026 and was attended by:

Andrew J. Gerling (0087605)            , counsel for plaintiff(s) Sara A. Walston            ,

                              , counsel for plaintiff(s)                        ,

Boyd W. Gentry (0071057)            , counsel for defendant(s) Dyck-O'Neal, Inc.            ,

                              , counsel for defendant(s)                        ,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.      CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes        ✔No

2.      INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

✔Yes        _____No        _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by 6/1/2026   .

3.	<u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

_____Yes        ✔ No

If yes, describe the issue:

N/A

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by
N/A        .

4.	<u>PARTIES AND PLEADINGS</u>

a.	The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by 8/28/2026    .

b.	If the case is a class action, the parties agree that the motion for class certification shall be filed by N/A        .

5.	<u>MOTIONS</u>

a.	Are there any pending motion(s)?

_____Yes        ✔ No

If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

b.	Are the parties requesting expedited briefing on the pending motion(s)?

_____Yes        ✔ No

If yes, identify the proposed expedited schedule:

Opposition to be filed by N/A       ; Reply brief to be filed by N/A       .

6.	<u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

Plaintiff brings this suit for alleged violations of the Real Estate Settlement Procedures Act,

12 U.S.C. §2605 et seq., the Ohio Residential Mortgage Lending Act, O.R.C. §1322.01 et seq.,

the Truth in Lending Act, 15 U.S.C. §1601, et seq., declaratory judgment, and quiet title

against Defendant Dyck-O'Neal, Inc.

2

7.     DISCOVERY PROCEDURES

   a.   The parties agree that all discovery shall be completed by 11/27/2026  .  The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

   b.   Do the parties anticipate the production of ESI?___✔___Yes_____No

        If yes, describe the protocol for such production: The parties agree to produce electronically stored information in hard copy or PDF format as an initial matter. Once the parties have had the opportunity to review such documents, the parties agree to confer regarding any additional exchange or production that the parties believe is necessary.

   c.   Do the parties intend to seek a protective order or clawback agreement?

        If yes, such order or agreement shall be produced to the Court by N/A_____.

8.     DISPOSITIVE MOTIONS

   a.   Any dispositive motions shall be filed by 1/30/2027  .

   b.   Are the parties requesting expedited briefing on dispositive motions?

        _____Yes        __✔__No

        If yes, identify the proposed expedited schedule:

        Opposition to be filed by N/A_____; Reply brief to be filed by N/A_____.

9.     EXPERT TESTIMONY

   a.   Primary expert reports must be produced by 7/22/2026  .

   b.   Rebuttal expert reports must be produced by 8/22/2026  .

10.    SETTLEMENT

Plaintiff(s) will a make a settlement demand by 5/01/2026_____.    Defendant will respond by 5/15/2026___. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.  The parties request the following month and year:
                              August_____       20 26

3

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11.     RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_____Yes, the parties would like a conference with the Court prior to it issuing a scheduling order.   The parties request that the conference take place  __N/A_____  in chambers__N/A____by telephone.


___✔___ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.     OTHER MATTERS

Indicate any other matters for the Court's consideration:
None at this time.


Signatures:

Attorney for Plaintiff(s):                              Attorney for Defendant(s):

/s/ Andrew J. Gerling                                  /s/ Boyd W. Gentry
Counsel for  Plaintiff                                 Counsel for  Defendant
Bar #                                                  Bar #
     0087605                                                 0071057




Counsel for _____                          Counsel for _____
Bar #                                                  Bar #

_____                                      _____




Counsel for _____                          Counsel for _____
Bar #                                                  Bar #

_____                                      _____

Date: _____

4