**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **SARA A. WALSTON**, | **CASE NO. 2:26-CV-00241** |
| Plaintiff, | **Judge Marbley** |
| v. | |
| **DYCK-O'NEAL, INC.**, | |
| Defendant. | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Attorney Caleb J. Johnson of Kohl & Cook Law Firm, LLC, hereby gives notice of his appearance as additional counsel in the above-captioned matter on behalf of Plaintiff Sara A. Walston. Attorneys Sean M. Kohl and Andrew J. Gerling should remain on the case and continue to receive notifications from the Court. Please forward all future notices, pleadings, filings, and correspondence to counsel at the address below.

Respectfully Submitted,

*/s/ Caleb J. Johnson*
Caleb J. Johnson (0102085)
Andrew J. Gerling (0087605)
Sean M. Kohl (0086726)
KOHL & COOK LAW FIRM, LLC
438 E. Wilson Bridge Rd., Ste. 200
Worthington, OH 43085
PH (614) 763-5111
FAX (937) 813 6057
andrew@kohlcook.com
sean@kohlcook.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following parties via electronic mail (email) on June 10, 2026:


Boyd W. Gentry
4031 Colonel Glenn Hwy
First Floor
Dayton, OH 45431
Tel. 937.839.2881
Bgentry@boydgentrylaw.com
*Attorney for Defendant*

*/s/ Caleb J. Johnson*

Caleb J. Johnson (0102085)
