**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SARA A. WALSTON,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-241**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**DYCK-O'NEAL, INC.,**

**Defendant.**

**ORDER**

Plaintiff Sara A. Walston's Motion to Compel Discovery and for Sanctions against Defendant Dyck-O-Neal, Inc. (ECF No. 8) is **DENIED WITHOUT PREJUDICE**. This Court's Local Rules provide that "motions . . . relating to discovery shall not be filed in this Court under any provision in Fed. R. Civ. P. 26 or 37 unless the parties have first exhausted among themselves all extrajudicial means for resolving their differences." S.D. Ohio Civ. R. 37.1. Plaintiff's Motion does not reflect that she has conferred with Defendant via simultaneous means (such as in-person, telephone, or video conference) prior to filing her Motion, which is the Court's strong preference. Moreover, the undersigned's Preliminary Pretrial Order provides that "[i]f the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court." (Order 2, ECF No. 5.) Plaintiff likewise failed to request an informal conference prior to filing her Motion.

Accordingly, under S.D. Ohio Civ. Rule 37.1 and the Preliminary Pretrial Order, Plaintiff and Defendant are **ORDERED** to confer via simultaneous means concerning the issues raised in Plaintiff's Motion **ON OR BEFORE SEPTEMBER 18, 2026**. If the parties are unable to reach

an agreement, they are directed to contact the Court to arrange an informal discovery conference before filing any further discovery-related motions.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE